Case 1:22-cv-10313-LJL   Document 378   Filed 04/09/25   Page 1 of 3

**U.S. Department of Justice**
United States Marshals Service

(79)

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 22-CV-10313 (S.D.N.Y.) (LJL) |
| DEFENDANT | TYPE OF PROCESS |
| LabQ Clinical Diagnostics, LLC, Community Mobile Testing, Inc., Dart Medical Laboratory, Inc., and Moshe Landau | WRIT OF ATTACHMENT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
101 Drakestown, Hackettstown, NJ 07840
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
101 Drakestown, Hackettstown, NJ 07840

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA Lawrence H. Fogelman, USAO-SDNY
86 Chambers Street, 3d Floor
New York, NY 10007
Lawrence.Fogelman@usdoj.gov

U.S. DISTRICT COURT FILED APR 9 2025

| Number of process to be served with this Form 285 | 7 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

POST AND WALK on the real property at 101 Drakestown, Hackettstown, NJ 07840, each of the documents referenced in the attached RIDER; enter/in/onto property except for any dwellings as needed to draft a NOTICE OF LEVY detailing property and persons served, and docket return of this form to the court within 5 days of serving it.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Lawrence H. Fogelman  Digitally signed by Lawrence H. Fogelman Date: 2025.03.10 22:12:08 -04'00' | ☐ DEFENDANT | 212-637-2719 | 3/10/2025 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk E. Baskerville | Date 3/21/25 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 4/7/25 | Time 1:30 ☒ pm |
|---|---|---|

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
CESAR CESPEDES #0036

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Post and Walk — Posted documents on main door. The property appeared to be abandoned.

2 Deputies × 3 hrs @ $65.00 = $390.00
80 miles (RT) × .70¢ = $56.00

Form USM-285
Rev. 03/21

**RIDER TO FORM 285**
**REGARDING SERVICE OF PROCESS**

*United States of America et al v. LABQ Clinical Diagnostics, LLC, et al.*, 22-CV-751 (LJL), 22-CV-10313 (LJL)

POST AND WALK on the real property at **101 Drakestown, Hackettstown, NJ 07840** each of the following documents (note: all docket numbers referenced are from 22-CV-10313):

(1) WRIT OF ATTACHMENT FOR **101 Drakestown, Hackettstown, NJ 07840 (Dkt. 289)**;

(2) CLERK'S NOTICE;

(3) NOTICE OF APPLICATION FOR WRITS (Dkt. 31);

(4) DECLARATION & MEMORANDUM IN SUPPORT OF WRITS (33, 35, 37, 39-42) (excluding materials filed under seal);

(5) NOTICE OF SUPPLEMENTAL APPLICATION FOR WRITS OF ATTACHMENT (Dkt. 171);

(6) UNITED STATES' SUPPLEMENTAL APPLICATION FOR PREJUDGMENT REMEDIES AGAINST DEFENDANTS LABQ CLINICAL DIAGNOSTICS, LLC, COMMUNITY MOBILE TESTING, INC., DART MEDICAL LABORATORY, INC. and MOSHE LANDAU (Dkt. 172); and the

(7) SUPPLEMENTAL DECLARATION OF LU TSZYAN-DAI IN SUPPORT OF UNITED STATES OF AMERICA'S SUPPLEMENTAL APPLICATION FOR PREJUDGMENT RELIEF UNDER THE FDCPA (Dkt. 174) (excluding materials filed under seal).

Enter/in/onto property except for any dwellings as needed to draft a NOTICE OF LEVY detailing property and persons served, and docket return of this form to the court within 5 days of serving it.