UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RESOLUTE3 LLC,<br><br>                     Plaintiffs,<br><br>                     v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC, *et al.*,<br><br>                     Defendants. | 22 Civ. 751 (LJL) |
| UNITED STATES OF AMERICA *et al.*, *ex rel.* NJ CHALLENGER LLC,<br><br>                     Plaintiffs,<br><br>                     v.<br><br>LABQ CLINICAL DIAGNOSTICS LLC, *et al.*,<br><br>                     Defendants. | 22 Civ. 10313 (LJL) |
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff-Intervenor,<br><br>                     v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC, *et al.*,<br><br>                     Defendants. | 22 Civ. 751 (LJL)<br>22 Civ. 10313 (LJL) |

**NOTICE OF MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS LABQ CLINICAL DIAGNOSTICS, LLC, DART MEDICAL LABORATORY INC., COMMUNITY MOBILE TESTING., INC., AND MOSHE LANDAU SHOULD NOT BE HELD IN CONTEMPT OF THE COURT'S AUGUST 2, 2024, ORDER**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Its Motion for an Order To Show Cause Why Defendants LabQ Clinical Diagnostics, LLC, Dart Medical Laboratory, Inc., Community Mobile Testing, Inc., and Moshe Landau Should Not Be

Held in Contempt of the Court's August 2, 2024, Order and in Opposition to Defendants' Request to Modify the Court's August 2, 2024 Order, the Declaration of Rachael Doud and accompanying exhibits, and the Declaration of Paul Miccarelli, Plaintiff the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby moves this Court for an Order To Show Cause Why Defendants LabQ Clinical Diagnostics, LLC, Dart Medical Laboratory, Inc., Community Mobile Testing, Inc., and Moshe Landau Should Not Be Held in Contempt of the Court's August 2024 Order (Dkt. No. 60).

Dated: May 23, 2025
New York, New York

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  /s/ *Rachael Doud*  .
RACHAEL DOUD
LAWRENCE FOGELMAN
CHARLES S. JACOB
MOLLIE KORNREICH
DANIELLE J. MARRYSHOW
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2699/2719/
2728/2725/2689
rachael.doud@usdoj.gov
lawrence.fogelman@usdoj.gov
charles.jacob@usdoj.gov
mollie.kornreich@usdoj.gov
danielle.marryshow@usdoj.gov