LAW OFFICES
C̲OTCHETT, P̲ITRE & M̲CC̲ARTHY, LLP

SAN FRANCISCO
LOS ANGELES
SEATTLE

SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000
FACSIMILE (650) 697-0577
www.cpmlegal.com

May 27, 2025

<u>VIA ECF</u>
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States of America v. LabQ Clinical Diagnostics, LLC, et al.*
              No. 22 Civ. 751 (LJL), No. 22 Civ. 10313 (LJL)

Dear Judge Liman:

I am one of the attorneys representing relator Resolute 3 LLC in Case No. 22 Civ. 751 (LJL). I write to respectfully request to appear by telephone at the conference scheduled for May 28, 2025. I make this request to reduce the costs of attending in-person as I work in Burlingame, California. Because the government has intervened in the consolidated action, the government has "the primary responsibility for prosecuting this action," 31 U.S.C. § 3730(c)(1), and will be appearing in-person. Relators such as Resolute 3 LLC "shall have the right to continue as a party to the action," *id.*, and Resolute 3 LLC requests to attend telephonically.

The government has consented to this request. Defendants have not yet responded to this request, which was made on May 22, 2025.

Thank you for your consideration.

                                      Respectfully submitted,

                                      By: */s/ Grace Y. Park*
                                      NIALL P. McCARTHY
                                      GRACE Y. PARK
                                      KEVIN J. BOUTIN
                                      ZACHARY ZAHAROFF
                                      **COTCHETT PITRE & MCCARTHY, LLP**
                                        840 Malcolm Road, Suite 200
                                      Burlingame, CA 94010
                                      Telephone: (650) 697-6000
                                      Facsimile: (650) 697-0577
                                      gpark@cpmlegal.com