## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RESOLUTE 3 LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC; DART MEDICAL LABORATORY, INC.; COMMUNITY MOBILE TESTING INC.; MOSHE LANDAU; DANIEL ADAR; JACOB WEISS, and DOES 1-10,<br><br>    Defendants. | No. 22 Civ. 751 (LJL) |
| UNITED STATES OF AMERICA, the STATE OF NEW YORK, and the STATE OF NEW JERSEY ex rel. NJ CHALLENGER LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>LABQ CLINICAL DIAGNOSTICS LLC; LABQ CLINICAL 3 DIAGNOSTICS LLC; DART MEDICAL LABORATORY, INC. d/b/a LABQ DIAGNOSTICS; COMMUNITY MOBILE TESTING, INC.; MOSHE LANDAU, LIEBEL RUBIN; SOLOMON RUBIN; MARVIN RUBIN; JOEL LANDAU; LUREINA BARRIO-GONZALEZ; DANIEL GONZALEZ; BREANNA IRIS; BREANNA IRIS LLC; MARTIA IRIS-CAPELLO; DANIEL MENDOZA; KAYRA MEDONZ; MEDONZA MEDICAL LLC; RICHARD FRANCO; SOLOMON BROWN; DANIEL ADAR; JACOB WEISS; ELIONA DOCI; ARJOLA DOCI; and ESTHER WURZBERGER,<br><br>    Defendants. | No. 22 Civ. 10313 (LJL) |

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,

vs.

LABQ CLINICAL DIAGNOSTICS, LLC; COMMUNITY MOBILE TESTING, INC.; DART MEDICAL LABORATORY, INC.; MOSHE LANDAU; MLK BLVD UPSCALE LLC; 175 PARK AVENUE LLC; THE MALON RESORT NJ LLC; THE THOMAS G. ROSANO PHD LLC D/B/A NATIONAL TOXICOLOGY CENTER; DAVID LANDAU; HAR HAZAYIS'M REALTY LLC; REALTY AT HH LLC; NJJ INSTITUTIONS; CONGREGATION KOLEL VYASHKEM AVRHOM INC; YAMPOLA 2022 CHARITABLE LEAD ANNUITY TRUST; CAREBOT ABA LLC; OVALAB LLC; and CARE BIO CLINICAL CORP,

        Defendants.

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consent to the substitution of Jeff Michels, Esq. of Zell & Associates International Advocates LLC, as counsel for defendant Moshe Landau, in place of David M. Eskew, Esq., Scott R. Landau, Esq., and Scott Glicksman, Esq., of Abell Eskew Landau LLP, in the above-captioned consolidated matters.

Dated: May 30, 2025

| ABELL ESKEW LANDAU LLP<br>Withdrawing Attorneys | ZELL & ASSOCS. INT'L ADVOCATES LLC<br>Superseding Attorneys |
|---|---|
| By: */s/David M. Eskew*<br>David M. Eskew, Esq.<br>Scott R. Landau, Esq.<br>Scott Glicksman, Esq.<br>256 5th Avenue, 5th Fl.<br>NY, NY 10001<br>Tel: (646) 970-7342<br>Email: deskew@aellaw.com | By */s/Jeffrey E. Michels*<br>Jeffrey E. Michels, Esq.<br>Zell & Associates International Advocates LLC<br>New York Office<br>1345 Avenue of the Americas, 2nd Floor<br>New York, NY 10105<br>Tel.: (212) 971-1349 Fax: (212) 253-4030<br>Email: jmichels@fandz.com |