**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

UNITED STATES OF AMERICA, et al.,

                    *Plaintiffs*,

                                              22-cv-10313(LJL)
-v-                                           22-cv-00751(LJL)

LABQ CLINICAL DIAGNOSTICS, LLC,
et al.

                    *Defendants*.

-------------------------------------------------------x

## NOTICE OF APPEARENCE

**PLEASE TAKE NOTICE** that Jeffrey E. Michels, Esq. of Zell & Associates International Advocates LLC hereby enters an appearance on behalf of the DEFENDANTS, (1) LabQ Clinical Diagnostics, LLC; (2) Community Mobile Testing, Inc.; (3) Dart Medical Laboratory, Inc.; (4) Moshe Landau; (5) MLK Blvd Upscale LLC; (6) 175 Park Avenue LLC; (7) The Malon Resort NJ LLC; (8) Thomas G. Rosano PhD LLC d/b/a National Toxicology Center; (9) David Landau; (10) Har Hazayis'm Realty LLC; (11) Realty at HH LLC; (12) Yampola 2022 Charitable Lead Annuity Trust; (13) Carebot ABA LLC; (14) OvaLab LLC; and (15) Care Bio Clinical Corp., in the above-captioned action, and certifies that he is admitted to practice in this Court for this action, and further requests that copies of any and all correspondence, pleadings and other documents in this action be served on the undersigned via ECF/CM.

Dated: June 19, 2025

Respectfully submitted,

1

**ZELL & ASSOCIATES INTERNATIONAL ADVOCATES LLC**

*/s/ Jeffrey E. Michels*
Jeffrey E. Michels, Esq. (JM 2255)
1345 6th Avenue 2nd Floor
New York, New York, 10105
Telephone: (212) 971-1349
Email: jmichels@fandz.com