

# ZELL & ASSOCIATES
## INTERNATIONAL ADVOCATES LLC
AN AFFILIATE OF FANDZ INTERNATIONAL LAW GROUP
International Attorneys & Notaries

June 19, 2025

**VIA ECF/CM**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States of America v. LabQ Clinical Diagnostics, LLC, et al.*, No. 22 Civ. 10313 (LJL)/No. 22 Civ. 751 (LJL)

Dear Hon. Judge Liman:

Our firm represents Defendants LabQ Clinical Diagnostics, LLC; Dart Medical Laboratory, Inc.; Community Mobile Testing Inc.; Moshe Landau; and certain transferee defendants recently named in the amended complaint. See ECF # 56 (Entry of Appearance).

I am writing to inform you that I am currently in Israel, and intended to travel to New York on the evening of June 21st to be present for Tuesday's June 24th conference. However, due to the indefinite closure of Israel's international airport, I will not be able to travel. I have alerted the government as to my situation, and the government consents to adjourning Tuesday's conference until I am able to be present in-person. The other defendants likewise consent.

Accordingly, with the consent of all parties, I respectfully request that Tuesday's conference be adjourned at least ten (10) days.

Thank you for your understanding and consideration.

Respectfully submitted,

**ZELL & ASSOCIATES INTERNATIONAL ADVOCATES LLC**

*Letter to Hon. Lewis J. Liman*
*June 19, 2025*
*Page 2*

*/s/ Jeffrey E. Michels*
Jeffrey E. Michels, Esq.
Noam Schreiber, Esq.
1345 6th Avenue 2nd Floor
New York, New York, 10105
Telephone: (212) 971-1349
jmichels@fandz.com
noam.schrieber@fandz.com

*Attorneys for Moshe Landau, LabQ, Dart Medical Laboratory; Community Mobile Testing, Inc; MLK Blvd Upscale LLC; Thomas G. Rosano PhD LLC d/b/a National Toxicology Center; David Landau; Har Hazayis'm Realty LLC; Realty at HH LLC; Yampola 2022 Charitable Lead Annuity Trust; OvaLab LLC; and Care Bio Clinical Corp.*