

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

**LEE VARTAN**
Member

lvartan@csglaw.com

O  973.530.2107          F  973.530.2317

June 20, 2025

June 23, 2025

SO ORDERED.

[Signature]

LEWIS J. LIMAN
United States District Judge

*Via ECF*
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. LabQ Clinical Diagnostics, LLC, et al.,
      22 Civ. 751, 22 Civ. 10313 (LJL)**

Dear Judge Liman:

      Our office is counsel to Defendants LabQ Clinical Diagnostics, LLC ("LabQ") and Dart Medical Laboratories, Inc. ("Dart Medical") in the above-captioned action. We write, however, on behalf of all Defendants named in the Government's Amended Complaint in Intervention (ECF No. 493) (the "Amended Complaint") to seek a uniform response and briefing schedule to the Amended Complaint.

      The Government filed the Amended Complaint on May 19, 2025 pursuant to an agreed upon schedule (*See* ECF No. 491). In accordance with that schedule, the parties agreed that Defendants would file their response to the Amended Complaint on or before June 23, 2025. (*Id.*) As set forth below, however, the Clerk subsequently set a number of different response deadlines for the different Defendants based upon service dates of the Amended Complaint. Further complicating matters, two of the newly added Defendants – NJJ Institutions and Congregation Kolel Vyashkem Avrhom Inc. – have not been formally served and are still in the process of retaining counsel. Our office has now been authorized to accept service of process for these two Defendants as a courtesy to the Government as they finalize their retention of separate counsel. The result has created some confusion, with a different response deadline for the different Defendants (and in some cases conflicting deadlines):

| **DEFENDANT** | **CURRENT ANSWER DUE DATE** |
|---|---|
| LabQ Clinical Diagnostics, LLC | 06/23/2025 (ECF No. 491) <br><br> 06/27/2025 (ECF Text Entry dated 05/21/2025) |

NEW JERSEY      NEW YORK

Hon. Lewis J. Liman
June 20, 2025
Page 2

| | |
|---|---|
| Community Mobile Testing, Inc. | 06/23/2025 (ECF No. 491) <br><br> 06/27/2025 (ECF Text Entry dated 05/21/2025) |
| Dart Medical Laboratory, Inc | 06/23/2025 (ECF No. 491) <br><br> 06/27/2025 (ECF Text Entry dated 05/21/2025) |
| Moshe Landau | 06/23/2025 (ECF No. 491) <br><br> 06/27/2025 (ECF Text Entry dated 05/21/2025) |
| 175 Park Avenue LLC | 06/27/2025 (ECF Text Entry dated 05/21/2025) |
| Har Hazayism Realty LLC | 06/27/2025 (ECF Text Entry dated 05/21/2025) <br><br> 07/28/2025 (ECF No. 542) |
| Realty at HH LLC | 06/27/2025 (ECF Text Entry dated 05/21/2025) |
| David Landau | 06/27/2025 (ECF Text Entry dated 05/21/2025) <br><br> 07/28/2025 (ECF No. 543) |
| Yampola 2022 Charitable Lead Annuity Trust | 06/27/2025 (ECF Text Entry dated 05/21/2025) <br><br> 07/28/2025 (ECF No. 544) |
| Care Bio Clinical Corp. | 06/27/2025 (ECF Text Entry dated 05/21/2025) <br><br> 06/20/2025 (ECF No. 545) |
| The Malon Resort NJ LLC | 06/27/2025 (ECF Text Entry dated 05/21/2025) <br><br> 06/20/2025 (ECF No. 546) |
| Thomas G. Rosano PhD LLC d/b/a National Toxicology Center | 06/27/2025 (ECF Text Entry dated 05/21/2025) <br><br> 06/20/2025 (ECF No. 547) |
| Carebot ABA LLC | 06/27/2025 (ECF Text Entry dated 05/21/2025) <br><br> 06/24/2025 (ECF No. 549) |
| MLK Blvd Upscale LLC | 06/27/2025 (ECF Text Entry dated 05/21/2025) |

Hon. Lewis J. Liman
June 20, 2025
Page 3

|  |  |
|---|---|
|  | 06/24/2025 (ECF No. 550) |
| OvaLab LLC | 06/27/2025 (ECF Text Entry dated 05/21/2025) |
|  | 06/24/2025 (ECF No. 551) |
| NJJ Institutions | 06/27/2025 (ECF Text Entry dated 05/21/2025) |
| Congregation Kolel Vyashkem Avrhom Inc. | 06/27/2025 (ECF Text Entry dated 05/21/2025) |

Accordingly, with the consent of the Government, Defendants respectfully request that the Court "So-Order" a uniform response schedule for all Defendants as set forth below, with all Defendants' responses due on July 17, 2025, *i.e.*, 30 days from the acceptance of service for NJJ Institutions and Congregation Kolel Vyashkem Avrhom Inc. This is the first extension request since the Government filed its Amended Complaint.

|  | **Deadline Proposed in 05/08/2025 Letter (ECF No. 491)** | **Proposed Deadline** |
|---|---|---|
| Defendants' Deadline to Respond to the Amended Complaint | 06/23/2025 | 07/17/2025 |
| Government's Deadline to File an Opposition Brief (if Defendants file a motion to dismiss the Government's Amended Complaint) | 07/28/2025 | 08/29/2025 |
| Defendants' Deadline to File a Reply Brief (if Defendants file a motion to dismiss the Government's Amended Complaint) | 08/18/2025 | 09/19/2025 |

We thank the Court for its consideration of this request.

Hon. Lewis J. Liman
June 20, 2025
Page 4

        Respectfully submitted,

        *s/ Lee Vartan*

        Lee Vartan
        Member