UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RESOLUTE 3 LLC,<br><br>       Plaintiff,<br>v.<br>LABQ CLINICAL DIAGNOSTICS, LLC; DART MEDICAL LABORATORY, INC.; COMMUNITY MOBILE TESTING INC.; MOSHE LANDAU; DANIEL ADAR; JACOB WEISS, and DOES 1-10,<br>       Defendants. | No. 22 Civ. 751 (LJL) |
| UNITED STATES OF AMERICA, the STATE OF NEW YORK, and the STATE OF NEW JERSEY *ex rel.* NJ CHALLENGER LLC,<br><br>       Plaintiffs,<br>v.<br>LABQ CLINICAL DIAGNOSTICS LLC et al.,<br>       Defendants. | No. 22 Civ. 10313 (LJL) |
| UNITED STATES OF AMERICA,<br><br>       Plaintiff-Intervenor,<br>v.<br>LABQ CLINICAL DIAGNOSTICS, LLC et al.,<br>       Defendants. | No. 22 Civ. 751 (LJL)<br>No. 22 Civ. 10313 (LJL) |

**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

PLEASE TAKE NOTICE pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, that Michael L. Yaeger, an

attorney at Carlton Fields, P.A., and attorney for Congregation Kolel Vyashkem Avrhom Inc. and NJJ Institutions ("Clients") in the above-captioned action, hereby moves to withdraw as attorney of record based on Clients' failure to meet obligations to their lawyer.

Dated: July 10, 2025
      New York, New York

                                      CARLTON FIELDS, P.A.

                                      */s/ Michael L. Yaeger*

                                    Michael L. Yaeger
                                    405 Lexington Avenue, 36th Floor
                                    New York, New York 10174-0002
                                    Telephone: 212.785.2577
                                    Facsimile: 212.785.5203
                                    Email: myaeger@carltonfields.com

                                    *Attorneys for Congregation Kolel Vyashkem Avrhom Inc. and NJJ Institutions*