UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RESOLUTE3 LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC, *et al.*,<br><br>    Defendants. | 22 Civ. 751 (LJL) |
| UNITED STATES OF AMERICA *et al.*, *ex rel.* NJ CHALLENGER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>LABQ CLINICAL DIAGNOSTICS LLC, *et al.*,<br><br>    Defendants. | 22 Civ. 10313 (LJL) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC, *et al.*,<br><br>    Defendants. | 22 Civ. 751 (LJL)<br>22 Civ. 10313 (LJL) |

## NOTICE OF MOTION FOR CONTEMPT REMEDIES

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Its Motion for Contempt Remedies, the Declaration of Rachael Doud and accompanying exhibits, and the Proposed Order Imposing Remedies for Defendants' Contempt of the Court's August 2, 2024, Order, the Government hereby moves this Court for an Order imposing remedies purging Defendants LabQ Clinical Diagnostics, LLC, Dart Medical Laboratory, Inc., Community

Mobile Testing, Inc., and Moshe Landau's contempt of the Court's August 2, 2024 Order (Case No. 22 Civ. 10313 (LJL), Dkt. No. 60).

Dated: July 14, 2025
      New York, New York

                         JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York

By:  /s/ *Rachael Doud*
     RACHAEL DOUD
     LAWRENCE FOGELMAN
     CHARLES S. JACOB
     MOLLIE KORNREICH
     DANIELLE J. MARRYSHOW
     Assistant United States Attorneys
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Tel.: (212) 637-2699/2719/
     2728/2725/2689
     rachael.doud@usdoj.gov
     lawrence.fogelman@usdoj.gov
     charles.jacob@usdoj.gov
     mollie.kornreich@usdoj.gov
     danielle.marryshow@usdoj.gov