

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 30, 2025

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States of America v. LabQ Clinical Diagnostics, LLC, et al*.
              No. 22 Civ. 751 (LJL), No. 22 Civ. 10313 (LJL)

Dear Judge Liman:

      On Friday, July 25, 2025, the Government moved to compel Defendants to produce all outstanding financial discovery that was due on July 22, 2025, pursuant to deadlines agreed to by the parties and so-ordered by the Court. *See* 22 Civ. 10313, Dkt. 588 (order imposing July 22, 2025, deadline); Dkt. 599 (letter motion to compel). Your Honor's individual rules provide that "any opposing party should submit a letter setting forth its position *not later than two business days* after the initial letter-motion is filed." Individual Practices in Civil Cases, dated April 7, 2025, Section I.C (emphasis in original). Defendants have not submitted a response to the Government's motion to compel, and their deadline to respond to the motion has passed. Accordingly, the Government respectfully requests that the Court enter an order compelling Defendants to produce all outstanding financial discovery by August 1, 2025.

      We thank the Court for its consideration of this matter.

                                    Respectfully submitted,

                                    JAY CLAYTON
                                   United States Attorney for the
                                   Southern District of New York

                     By: /s/ Lawrence H. Fogelman
                          RACHAEL DOUD
                          LAWRENCE H. FOGELMAN
                          CHARLES S. JACOB
                          MOLLIE KORNREICH
                          DANIELLE J. MARRYSHOW
                          Assistant United States Attorneys
                          86 Chambers Street, 3rd Floor

       New York, NY 10007
       Telephone: (212) 637-2800
       Email: rachael.doud@usdoj.gov
          lawrence.fogelman@usdoj.gov
          charles.jacob@usdoj.gov
          mollie.kornreich@usdoj.gov
          danielle.marryshow@usdoj.gov

cc: Counsel of Record (by ECF)