```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA et al.,                                 :
                                                                 :
                              Plaintiffs,                        :
                                                                 :      22-cv-10313 (LJL)
              -v-                                                :      22-cv-00751 (LJL)
                                                                 :
LABQ CLINICAL DIAGNOSTICS, LLC et al.,                           :
                                                                 :             ORDER
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The United States moves for an order compelling Defendants to produce all outstanding financial discovery by August 1, 2025. Dkt. No. 599.[1] The letter motion was filed on July 25, 2025. *Id*. Pursuant to the Court's Individual Practices, opposition to a letter motion must be filed "not later than two business days after the initial letter-motion is filed." Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Rule 1.C. Defendants have not filed a response to the letter motion. Accordingly, the motion to compel is deemed unopposed. Defendants shall produce all outstanding financial discovery as set forth in the Government's letter of July 25, 2025, no later than August 4, 2025.

The Clerk of Court is respectfully directed to close Dkt. No. 599 (Case No. 22-cv-10313), and Dkt. No. 445 (Case No. 22-cv-00751).

       SO ORDERED.

Dated: July 30, 2025
       New York, New York
                                                   LEWIS J. LIMAN
                                                   United States District Judge

---

[1] Docket numbers refer to the docket in Case No. 22-cv-10313.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2025