

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

LEE VARTAN
Member

lvartan@csglaw.com

O 973.530.2107          F 973.530.2317

July 30, 2025

*Via ECF*
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. LabQ Clinical Diagnostics, LLC, et al.,
22 Civ. 751, 22 Civ. 10313 (LJL)**

Dear Judge Liman:

Our office is counsel to Defendants LabQ Clinical Diagnostics, LLC ("LabQ") and Dart Medical Laboratory, Inc. ("Dart Medical") in the above-captioned actions. We write, however, on behalf of LabQ and Dart Medical, together with Community Mobile Testing, Inc. and Moshe Landau (collectively, "Defendants"), in response to the Government's July 25, 2025 letter motion to compel discovery (ECF #599) as well as the Court's order of earlier today granting that application (the "July 30 Order") (ECF# 664), and to address additional discovery deadlines contained in the Court's July 15, 2025 endorsed discovery schedule (the "July 15 Order") (ECF #588).

Since the parties' last appearance before the Court, the financial restrictions imposed on Defendants have created unforeseen obstacles to Defendants' ability to meet the schedule in the July 15 Order. Specifically, on or about July 17, 2025, Defendants lost access to their email server, as well as certain cloud-based storage due to non-payment of outstanding invoices. Defendants notified the Government of this issue during a meet-and-confer on July 24, 2025. Attached hereto are invoices from AppDirect to LabQ totaling $49,031.94. Defendants' access to their servers will not be restored until payment of $36,162.38 is made. As explained in Defendants' pending motion for reconsideration for writ relief (ECF #592), Defendants are without the ability to pay for their ordinary business expenses, including these technology expenses, without accessing the collateral from the writted properties. This has had a significant trickledown effect on Defendants' ability to meet the current Court-ordered discovery deadlines, to varying degrees, as set forth below.

**Financial Discovery**

Defendants have reviewed the Government's motion to compel financial discovery and the subsequent July 30 Order, and note that notwithstanding the server issues, Defendants anticipate

NEW JERSEY     NEW YORK

Hon. Lewis J. Liman
July 30, 2025
Page 2

substantial completion of financial discovery by August 4, 2025.[1] The completion of financial discovery has taken longer than anticipated because without access to their email and servers, Defendants have been forced to seek responsive documents from third-parties such as attorneys, banks, and agents that they would otherwise have direct access to. Defendants will produce all responsive documents currently in their possession by August 4 and will note any additional materials expected to be received from third-parties.

**Merits Discovery**

The July 15 Order also contains certain deadlines for merits-related discovery, including a July 30, 2025 deadline for the production of documents relating to patient and claims data, among other things, specifically documents responsive to RFPs 1, 2, 19-22, 31, 33, 36-39.

Defendants have made significant progress on the claims data and have already sent over one million documents to their e-discovery vendor to be processed for production. Again, the document collection process has taken longer than originally anticipated without direct server access. Defendants request a two-week extension of time from July 30, 2025 to August 15, 2025 to complete the production of these documents given both the unforeseen server issues as well as the anticipated size of the production.

The deadline for completion of document discovery is September 18, 2025. The deadline for completion of fact discovery is January 19, 2026. Accordingly, Defendants do not anticipate that the extension of these interim deadlines will require an extension of the fact discovery deadline.

We thank the Court for its attention to this matter.

                Respectfully submitted,

                *s/ Lee Vartan*

                Lee Vartan
                Member

---

[1] Defendants are responding to financial discovery for Defendants and entities owned or controlled by Defendants, or as otherwise agreed between the Government and Defendants. Defendants reject the notion that they are obligated to (or even can) produce financial discovery for each entity identified in the Government's motion to compel to the extent Defendants do not own or control the entity.



**INVOICE**

#193550459

**BILL TO**
**Graig Valkenburgh**
LabQ Diagnostics
6010 16th Ave
brooklyn NY
US 11249
gvalkenburgh@labq.com

**PAYABLE TO**
APPDIRECT CSP INC
P.O. Box 532202
Atlanta, GA
30353-2202

**INVOICE DATE**
4/28/2025

**AMOUNT DUE**
$9,777.96

**DUE DATE**
6/27/2025

| Product/Service | Subscription Action | Unit Price | Quantity | Line Total |
|---|---|---|---|---|
| **Search, Feeds & Messenger**<br>Free | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Insights**<br>Marketplace Insights | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Microsoft 365 Business (With Teams)**<br>Microsoft 365 Business Premium | RECURRING CHARGE | $22.00 | 20 | $440.00 |
| **Microsoft Teams Audio Conferencing with Dial-Out to USA/CAN**<br>Microsoft Teams Audio Conferencing includes dial-out to USA/CAN only | RECURRING CHARGE | $0.00 | 170 | $0.00 |
| **AppDirect SmartSupport**<br>Standard | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Microsoft Teams Phone with Calling Plan**<br>Teams Phone with Calling Plan (country zone 1 - US) | RECURRING CHARGE | $14.55 | 1 | $14.55 |
| **Microsoft Azure Plan**<br>Azure Plan - Pay-as-you-Go | RECURRING CHARGE | $0.05 | 5.463 | $0.30 |
| **Microsoft 365 Enterprise (with Teams)**<br>Microsoft 365 E3 | RECURRING CHARGE | $36.00 | 5 | $180.00 |

| Product/Service | Subscription Action | Unit Price | Quantity | Line Total |
| --- | --- | --- | --- | --- |
| **Microsoft Azure Plan**<br>Azure Plan - Pay-as-you-Go | RECURRING CHARGE | $0.07 | 58,745.382 | $3,932.91 |
| **Microsoft 365 Frontline Worker**<br>Microsoft 365 F3 | RECURRING CHARGE | $8.00 | 20 | $160.00 |
| **Microsoft 365 Frontline Worker**<br>Microsoft 365 F1 | RECURRING CHARGE | $2.30 | 40 | $92.00 |
| **Acronis Cyber Protect Cloud**<br>Premium | RECURRING CHARGE | $0.12 | 7,234.23 | $894.15 |
| **Google Workspace***<br>Enterprise Plus* | RECURRING CHARGE | $16.50 | 198 | $3,267.00 |
| **AppDirect SmartSupport**<br>Standard | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Thrive 2025**<br>Learn More | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Microsoft Azure Plan Reserved Instance**<br>Azure Plan RI | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Google Workspace Gemini Enterprise (Flex) Add-on**<br>Google Workspace Gemini Enterprise (Flex) Add-on | RECURRING CHARGE | $0.00 | 13 | $0.00 |
| **Acronis Cyber Protect Cloud (per Device) by AppSmart**<br>Server | RECURRING CHARGE | $0.00 | 0 | $0.00 |

**To Pay Online:**
Login to the Marketplace and view invoice details at
https://catalog.appdirect.com/invoices/92731659-fe47-4331-aac7-6318d2df378b

**For Payment by Check:**
APPDIRECT CSP INC
P.O. Box 532202
Atlanta, GA 30353-2202

| | |
| --- | --- |
| Subtotal | $8,980.91 |
| NY CITY TAX | $404.14 |
| NY SPECIAL TAX | $33.67 |
| NY STATE TAX | $359.24 |
| Total | $9,777.96 |

**For Payment by ACH/EFT/Wire:**
Bank Name: BMO Bank N.A.
Name: AppDirect CSP, Inc
Routing/ABA #: 071000288
Account #: 1670926
SWIFT Code: HATRUS44

| | |
|---|---|
| Carried Balance | $0.00 |
| Amount Paid | $0.00 |
| Credit Applied | $0.00 |
| **Amount due** | **$9,777.96** |

Thank you for your business.

Line-item amounts are prorated and rounded to the nearest cent. As a result, totals may slightly differ from unit price x quantity. All calculations remain accurate. See your Invoice Details report for a full breakdown.

Please reach out to your advisor or billing@appdirect.com if you have any questions about this invoice. This invoice is governed by the AppDirect Marketplace Customer Agreement located at https://www.appdirect.com/legal/procurement/appdirect-marketplace-end-customer-agreement, unless Customer has a written agreement executed by AppDirect, in which case such executed Customer Agreement will govern.



**INVOICE**

#193563239

**BILL TO**
**Graig Valkenburgh**
LabQ Diagnostics
6010 16th Ave
brooklyn NY
US 11249
gvalkenburgh@labq.com

**PAYABLE TO**
**APPDIRECT CSP INC**
P.O. Box 532202
Atlanta, GA
30353-2202

**INVOICE DATE**
5/25/2025

**AMOUNT DUE**
$3,640.09

**DUE DATE**
7/24/2025

| Product/Service | Subscription Action | Unit Price | Quantity | Line Total |
|---|---|---|---|---|
| **Microsoft Azure Plan Reserved Instance**<br>Azure Plan RI | RECURRING CHARGE | $222.89 | 15 | $3,343.36 |

**To Pay Online:**
Login to the Marketplace and view invoice details at
https://catalog.appdirect.com/invoices/0adc321b-3c11-440d-96eb-f2d6e2c81e45

**For Payment by Check:**
APPDIRECT CSP INC
P.O. Box 532202
Atlanta, GA 30353-2202

**For Payment by ACH/EFT/Wire:**
Bank Name: BMO Bank N.A.
Name: AppDirect CSP, Inc
Routing/ABA #: 071000288
Account #: 1670926
SWIFT Code: HATRUS44

| | |
|---|---:|
| Subtotal | $3,343.36 |
| NY CITY TAX | $150.45 |
| NY SPECIAL TAX | $12.55 |
| NY STATE TAX | $133.73 |
| Total | $3,640.09 |
| Carried Balance | $0.00 |
| Amount Paid | $0.00 |
| Credit Applied | $0.00 |
| **Amount due** | **$3,640.09** |

Thank you for your business.

Line-item amounts are prorated and rounded to the nearest cent. As a result, totals may slightly differ from unit price x quantity. All calculations remain accurate. See your Invoice Details report for a full breakdown.

Please reach out to your advisor or billing@appdirect.com if you have any questions about this invoice. This invoice is governed by the AppDirect Marketplace Customer Agreement located at https://www.appdirect.com/legal/procurement/appdirect-marketplace-end-customer-agreement, unless Customer has a written agreement executed by AppDirect, in which case such executed Customer Agreement will govern.



**INVOICE**

#193576334

**BILL TO**
**Graig Valkenburgh**
LabQ Diagnostics
6010 16th Ave
brooklyn NY
US 11249
gvalkenburgh@labq.com

**PAYABLE TO**
APPDIRECT CSP INC
P.O. Box 532202
Atlanta, GA
30353-2202

**INVOICE DATE**
5/28/2025

**AMOUNT DUE**
$9,488.39

**DUE DATE**
7/27/2025

| Product/Service | Subscription Action | Unit Price | Quantity | Line Total |
|---|---|---|---|---|
| **Search, Feeds & Messenger**<br>Free | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Insights**<br>Marketplace Insights | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Microsoft 365 Business (With Teams)**<br>Microsoft 365 Business Premium | RECURRING CHARGE | $22.00 | 20 | $440.00 |
| **Microsoft Teams Audio Conferencing with Dial-Out to USA/CAN**<br>Microsoft Teams Audio Conferencing includes dial-out to USA/CAN only | RECURRING CHARGE | $0.00 | 170 | $0.00 |
| **AppDirect SmartSupport**<br>Standard | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Microsoft Teams Phone with Calling Plan**<br>Teams Phone with Calling Plan (country zone 1 - US) | RECURRING CHARGE | $14.55 | 1 | $14.55 |
| **Microsoft Azure Plan**<br>Azure Plan - Pay-as-you-Go | RECURRING CHARGE | $0.06 | 5.445 | $0.30 |
| **Microsoft 365 Enterprise (with Teams)**<br>Microsoft 365 E3 | RECURRING CHARGE | $36.00 | 5 | $180.00 |

| Product/Service | Subscription Action | Unit Price | Quantity | Line Total |
|---|---|---|---|---|
| **Microsoft Azure Plan**<br>Azure Plan - Pay-as-you-Go | RECURRING CHARGE | $0.07 | 50,933.706 | $3,669.51 |
| **Microsoft 365 Frontline Worker**<br>Microsoft 365 F3 | RECURRING CHARGE | $8.00 | 20 | $160.00 |
| **Microsoft 365 Frontline Worker**<br>Microsoft 365 F1 | RECURRING CHARGE | $2.30 | 40 | $92.00 |
| **Acronis Cyber Protect Cloud**<br>Premium | RECURRING CHARGE | $0.12 | 7,212.88 | $891.59 |
| **Google Workspace***<br>Enterprise Plus* | RECURRING CHARGE | $16.50 | 198 | $3,267.00 |
| **AppDirect SmartSupport**<br>Standard | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Thrive 2025**<br>Learn More | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Microsoft Azure Plan Reserved Instance**<br>Azure Plan RI | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Google Workspace Gemini Enterprise (Flex) Add-on**<br>Google Workspace Gemini Enterprise (Flex) Add-on | RECURRING CHARGE | $0.00 | 13 | $0.00 |
| **Acronis Cyber Protect Cloud (per Device) by AppSmart**<br>Server | RECURRING CHARGE | $0.00 | 0 | $0.00 |

**To Pay Online:**
Login to the Marketplace and view invoice details at
https://catalog.appdirect.com/invoices/d66f1bed-3f06-4590-9342-3deac2b57b36

**For Payment by Check:**
APPDIRECT CSP INC
P.O. Box 532202
Atlanta, GA 30353-2202

| | |
|---|---|
| Subtotal | $8,714.95 |
| NY CITY TAX | $392.16 |
| NY SPECIAL TAX | $32.67 |
| NY STATE TAX | $348.61 |
| Total | $9,488.39 |

| | | | |
|---|---|---|---|
| **For Payment by ACH/EFT/Wire:** | | Carried Balance | $0.00 |
| Bank Name: BMO Bank N.A. | | | |
| Name: AppDirect CSP, Inc | | Amount Paid | $0.00 |
| Routing/ABA #: 071000288 | | | |
| Account #: 1670926 | | Credit Applied | $0.00 |
| SWIFT Code: HATRUS44 | | | |
| | | **Amount due** | **$9,488.39** |

Thank you for your business.

Line-item amounts are prorated and rounded to the nearest cent. As a result, totals may slightly differ from unit price x quantity. All calculations remain accurate. See your Invoice Details report for a full breakdown.

Please reach out to your advisor or billing@appdirect.com if you have any questions about this invoice. This invoice is governed by the AppDirect Marketplace Customer Agreement located at https://www.appdirect.com/legal/procurement/appdirect-marketplace-end-customer-agreement, unless Customer has a written agreement executed by AppDirect, in which case such executed Customer Agreement will govern.



**INVOICE**

#193619419

**BILL TO**

**Moshe Landau**
LabQ Diagnostics
6010 16th Ave
brooklyn NY
US 11249
moshe@wholeq.com

**PAYABLE TO**

**APPDIRECT CSP INC**
P.O. Box 532202
Atlanta, GA
30353-2202

**INVOICE DATE**

7/25/2025

**AMOUNT DUE**

$3,640.09

**DUE DATE**

7/25/2025

| Product/Service | Subscription Action | Unit Price | Quantity | Line Total |
|---|---|---|---|---|
| **Microsoft Azure Plan Reserved Instance**<br>Azure Plan RI | RECURRING CHARGE | $222.89 | 15 | $3,343.36 |

**To Pay Online:**
Login to the Marketplace and view invoice details at
https://catalog.appdirect.com/invoices/3b477c56-bb07-4e58-a959-eec6cc5d51b4

**For Payment by Check:**
APPDIRECT CSP INC
P.O. Box 532202
Atlanta, GA 30353-2202

**For Payment by ACH/EFT/Wire:**
Bank Name: BMO Bank N.A.
Name: AppDirect CSP, Inc
Routing/ABA #: 071000288
Account #: 1670926
SWIFT Code: HATRUS44

| | |
|---|---|
| Subtotal | $3,343.36 |
| NY CITY TAX | $150.45 |
| NY SPECIAL TAX | $12.55 |
| NY STATE TAX | $133.73 |
| Total | $3,640.09 |
| Carried Balance | $0.00 |
| Amount Paid | $0.00 |
| Credit Applied | $0.00 |
| **Amount due** | **$3,640.09** |

Thank you for your business.

Line-item amounts are prorated and rounded to the nearest cent. As a result, totals may slightly differ from unit price x quantity. All calculations remain accurate. See your Invoice Details report for a full breakdown.

Please reach out to your advisor or billing@appdirect.com if you have any questions about this invoice. This invoice is governed by the AppDirect Marketplace Customer Agreement located at https://www.appdirect.com/legal/procurement/appdirect-marketplace-end-customer-agreement, unless Customer has a written agreement executed by AppDirect, in which case such executed Customer Agreement will govern.



**INVOICE**

#193635903

**BILL TO**

**Moshe Landau**
LabQ Diagnostics
6010 16th Ave
brooklyn NY
US 11249

moshe@wholeq.com

**PAYABLE TO**

APPDIRECT CSP INC
P.O. Box 532202
Atlanta, GA
30353-2202

**INVOICE DATE**

7/28/2025

**AMOUNT DUE**

$9,229.47

**DUE DATE**

7/28/2025

| Product/Service | Subscription Action | Unit Price | Quantity | Line Total |
|---|---|---|---|---|
| **Search, Feeds & Messenger**<br>Free | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Microsoft 365 Business (With Teams)**<br>Microsoft 365 Business Premium | RECURRING CHARGE | $17.03 | 20 | $340.65 |
| **Microsoft Teams Audio Conferencing with Dial-Out to USA/CAN**<br>Microsoft Teams Audio Conferencing includes dial-out to USA/CAN only | RECURRING CHARGE | $0.00 | 170 | $0.00 |
| **AppDirect SmartSupport**<br>Standard | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Microsoft Teams Phone with Calling Plan**<br>Teams Phone with Calling Plan (country zone 1 - US) | RECURRING CHARGE | $11.26 | 1 | $11.26 |
| **Microsoft Azure Plan**<br>Azure Plan - Pay-as-you-Go | RECURRING CHARGE | $0.06 | 5.006 | $0.30 |
| **Microsoft 365 Enterprise (with Teams)**<br>Microsoft 365 E3 | RECURRING CHARGE | $27.87 | 5 | $139.35 |
| **Microsoft Azure Plan**<br>Azure Plan - Pay-as-you-Go | RECURRING CHARGE | $0.06 | 59,809.562 | $3,645.78 |

| Product/Service | Subscription Action | Unit Price | Quantity | Line Total |
|---|---|---|---|---|
| **Microsoft 365 Frontline Worker**<br>Microsoft 365 F3 | RECURRING CHARGE | $6.19 | 20 | $123.87 |
| **Microsoft 365 Frontline Worker**<br>Microsoft 365 F1 | RECURRING CHARGE | $1.78 | 40 | $71.23 |
| **Acronis Cyber Protect Cloud**<br>Premium | RECURRING CHARGE | $0.12 | 7,097.07 | $877.69 |
| **Google Workspace***<br>Enterprise Plus* | RECURRING CHARGE | $16.50 | 198 | $3,267.00 |
| **Insights**<br>Marketplace Insights | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **AppDirect SmartSupport**<br>Standard | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Microsoft Azure Plan Reserved Instance**<br>Azure Plan RI | RECURRING CHARGE | $0.00 | 2 | $0.00 |
| **Google Workspace Gemini Enterprise (Flex) Add-on**<br>Google Workspace Gemini Enterprise (Flex) Add-on | RECURRING CHARGE | $0.00 | 13 | $0.00 |
| **Acronis Cyber Protect Cloud (per Device) by AppSmart**<br>Server | RECURRING CHARGE | $0.00 | 0 | $0.00 |

**To Pay Online:**
Login to the Marketplace and view invoice details at
https://catalog.appdirect.com/invoices/cf67600e-c05a-4412-a217-d4cc17fcde1c

**For Payment by Check:**
APPDIRECT CSP INC
P.O. Box 532202
Atlanta, GA 30353-2202

**For Payment by ACH/EFT/Wire:**
Bank Name: BMO Bank N.A.
Name: AppDirect CSP, Inc
Routing/ABA #: 071000288
Account #: 1670926
SWIFT Code: HATRUS44

| | |
|---|---:|
| Subtotal | $8,477.13 |
| NY CITY TAX | $381.49 |
| NY SPECIAL TAX | $31.76 |
| NY STATE TAX | $339.09 |
| Total | $9,229.47 |
| Carried Balance | $0.00 |
| Amount Paid | $0.00 |

| | |
|---|---:|
| Credit Applied | $0.00 |
| **Amount due** | **$9,229.47** |

Thank you for your business.

Line-item amounts are prorated and rounded to the nearest cent. As a result, totals may slightly differ from unit price x quantity. All calculations remain accurate. See your Invoice Details report for a full breakdown.

Please reach out to your advisor or billing@appdirect.com if you have any questions about this invoice. This invoice is governed by the AppDirect Marketplace Customer Agreement located at https://www.appdirect.com/legal/procurement/appdirect-marketplace-end-customer-agreement, unless Customer has a written agreement executed by AppDirect, in which case such executed Customer Agreement will govern.



**INVOICE**

#193605719

**BILL TO**
**Moshe Landau**
LabQ Diagnostics
6010 16th Ave
brooklyn NY
US 11249
moshe@wholeq.com

**PAYABLE TO**
**APPDIRECT CSP INC**
P.O. Box 532202
Atlanta, GA
30353-2202

**INVOICE DATE**
6/28/2025

**AMOUNT DUE**
$9,615.85

**DUE DATE**
7/5/2025

| Product/Service | Subscription Action | Unit Price | Quantity | Line Total |
|---|---|---|---|---|
| **Search, Feeds & Messenger**<br>Free | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Microsoft Teams Phone with Calling Plan**<br>Teams Phone with Calling Plan (country zone 1 - US) | OWNERSHIP CHANGE | $0.00 | 1 | $0.00 |
| **Microsoft 365 Business (With Teams)**<br>Microsoft 365 Business Premium | OWNERSHIP CHANGE | $0.00 | 20 | $0.00 |
| **Microsoft 365 Business (With Teams)**<br>Microsoft 365 Business Premium | RECURRING CHARGE | $22.00 | 20 | $440.00 |
| **AppDirect SmartSupport**<br>Standard | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Microsoft Teams Phone with Calling Plan**<br>Teams Phone with Calling Plan (country zone 1 - US) | RECURRING CHARGE | $14.55 | 1 | $14.55 |
| **Microsoft Azure Plan**<br>Azure Plan - Pay-as-you-Go | RECURRING CHARGE | $0.06 | 5.262 | $0.30 |
| **Microsoft 365 Enterprise (with Teams)**<br>Microsoft 365 E3 | RECURRING CHARGE | $36.00 | 5 | $180.00 |

| Product/Service | Subscription Action | Unit Price | Quantity | Line Total |
|---|---|---|---|---|
| **Microsoft 365 Frontline Worker**<br>Microsoft 365 F1 | RECURRING CHARGE | $2.30 | 40 | $92.00 |
| **Acronis Cyber Protect Cloud**<br>Premium | METERED USAGE | $0.00 | 0 | $0.00 |
| **AppDirect SmartSupport**<br>Standard | OWNERSHIP CHANGE | $0.00 | 1 | $0.00 |
| **Microsoft 365 Frontline Worker**<br>Microsoft 365 F1 | OWNERSHIP CHANGE | $0.00 | 40 | $0.00 |
| **Microsoft 365 Enterprise (with Teams)**<br>Microsoft 365 E3 | OWNERSHIP CHANGE | $0.00 | 5 | $0.00 |
| **Search, Feeds & Messenger**<br>Free | OWNERSHIP CHANGE | $0.00 | 1 | $0.00 |
| **AppDirect SmartSupport**<br>Standard | OWNERSHIP CHANGE | $0.00 | 1 | $0.00 |
| **Acronis Cyber Protect Cloud (per Device) by AppSmart**<br>Server | RECURRING CHARGE | $0.00 | 0 | $0.00 |
| **Acronis Cyber Protect Cloud**<br>Premium | OWNERSHIP CHANGE | $0.00 | 1 | $0.00 |
| **Microsoft Teams Audio Conferencing with Dial-Out to USA/CAN**<br>Microsoft Teams Audio Conferencing includes dial-out to USA/CAN only | OWNERSHIP CHANGE | $0.00 | 85 | $0.00 |
| **Google Workspace Gemini Enterprise (Flex) Add-on**<br>Google Workspace Gemini Enterprise (Flex) Add-on | OWNERSHIP CHANGE | $0.00 | 13 | $0.00 |
| **Microsoft Teams Audio Conferencing with Dial-Out to USA/CAN**<br>Microsoft Teams Audio Conferencing includes dial-out to USA/CAN only | RECURRING CHARGE | $0.00 | 85 | $0.00 |

| Product/Service | Subscription Action | Unit Price | Quantity | Line Total |
| --- | --- | --- | --- | --- |
| **Google Workspace***<br>Enterprise Plus* | OWNERSHIP CHANGE | $0.00 | 198 | $0.00 |
| **Microsoft Azure Plan**<br>Azure Plan - Pay-as-you-Go | RECURRING CHARGE | $0.07 | 53,186.279 | $3,762.70 |
| **Microsoft 365 Frontline Worker**<br>Microsoft 365 F3 | RECURRING CHARGE | $8.00 | 20 | $160.00 |
| **Acronis Cyber Protect Cloud**<br>Premium | RECURRING CHARGE | $0.12 | 7,411.86 | $915.46 |
| **Google Workspace***<br>Enterprise Plus* | RECURRING CHARGE | $16.50 | 198 | $3,267.00 |
| **Microsoft 365 Frontline Worker**<br>Microsoft 365 F3 | OWNERSHIP CHANGE | $0.00 | 20 | $0.00 |
| **Insights**<br>Marketplace Insights | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **AppDirect SmartSupport**<br>Standard | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Microsoft Azure Plan Reserved Instance**<br>Azure Plan RI | RECURRING CHARGE | $0.00 | 1 | $0.00 |
| **Insights**<br>Marketplace Insights | OWNERSHIP CHANGE | $0.00 | 2 | $0.00 |
| **Google Workspace Gemini Enterprise (Flex) Add-on**<br>Google Workspace Gemini Enterprise (Flex) Add-on | RECURRING CHARGE | $0.00 | 13 | $0.00 |

**To Pay Online:**
Login to the Marketplace and view invoice details at
https://catalog.appdirect.com/invoices/fd40e95f-aecf-461e-87cb-0cb13b866fbe

**For Payment by Check:**
APPDIRECT CSP INC
P.O. Box 532202
Atlanta, GA 30353-2202

| | |
| --- | --- |
| Subtotal | $8,832.01 |
| NY CITY TAX | $397.45 |
| NY SPECIAL TAX | $33.12 |
| NY STATE TAX | $353.27 |

|   |   |
|---|---|
| Total | $9,615.85 |
| Carried Balance | $0.00 |
| Amount Paid | $0.00 |
| Credit Applied | $0.00 |
| **Amount due** | **$9,615.85** |

**For Payment by ACH/EFT/Wire:**
Bank Name: BMO Bank N.A.
Name: AppDirect CSP, Inc
Routing/ABA #: 071000288
Account #: 1670926
SWIFT Code: HATRUS44

Thank you for your business.

Line-item amounts are prorated and rounded to the nearest cent. As a result, totals may slightly differ from unit price x quantity. All calculations remain accurate. See your Invoice Details report for a full breakdown.

Please reach out to your advisor or billing@appdirect.com if you have any questions about this invoice. This invoice is governed by the AppDirect Marketplace Customer Agreement located at https://www.appdirect.com/legal/procurement/appdirect-marketplace-end-customer-agreement, unless Customer has a written agreement executed by AppDirect, in which case such executed Customer Agreement will govern.



| | | INVOICE |
|---|---|---|
| | | #193590426 |

**BILL TO**  
**Graig Valkenburgh**  
LabQ Diagnostics  
6010 16th Ave  
brooklyn NY  
US 11249  
gvalkenburgh@labq.com

**PAYABLE TO**  
APPDIRECT CSP INC  
P.O. Box 532202  
Atlanta, GA  
30353-2202

**INVOICE DATE**  
6/24/2025

**AMOUNT DUE**  
$3,640.09

**DUE DATE**  
7/1/2025

| Product/Service | Subscription Action | Unit Price | Quantity | Line Total |
|---|---|---|---|---|
| **Microsoft Azure Plan Reserved Instance** <br> Azure Plan RI | RECURRING CHARGE | $222.89 | 15 | $3,343.36 |

**To Pay Online:**  
Login to the Marketplace and view invoice details at  
https://catalog.appdirect.com/invoices/b1ecd2bd-7b14-4649-b432-d291ada2cc9a

**For Payment by Check:**  
APPDIRECT CSP INC  
P.O. Box 532202  
Atlanta, GA 30353-2202

**For Payment by ACH/EFT/Wire:**  
Bank Name: BMO Bank N.A.  
Name: AppDirect CSP, Inc  
Routing/ABA #: 071000288  
Account #: 1670926  
SWIFT Code: HATRUS44

| | |
|---|---|
| Subtotal | $3,343.36 |
| NY CITY TAX | $150.45 |
| NY SPECIAL TAX | $12.55 |
| NY STATE TAX | $133.73 |
| Total | $3,640.09 |
| Carried Balance | $0.00 |
| Amount Paid | $0.00 |
| Credit Applied | $0.00 |
| **Amount due** | **$3,640.09** |

Thank you for your business.

Line-item amounts are prorated and rounded to the nearest cent. As a result, totals may slightly differ from unit price x quantity. All calculations remain accurate. See your Invoice Details report for a full breakdown.

Please reach out to your advisor or billing@appdirect.com if you have any questions about this invoice. This invoice is governed by the AppDirect Marketplace Customer Agreement located at https://www.appdirect.com/legal/procurement/appdirect-marketplace-end-customer-agreement, unless Customer has a written agreement executed by AppDirect, in which case such executed Customer Agreement will govern.