UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RESOLUTE 3 LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC, *et al.*,<br><br>    Defendants. | No. 22 Civ. 751 (LJL) |
| UNITED STATES OF AMERICA, the STATE OF NEW YORK, and the STATE OF NEW JERSEY *ex rel.* NJ CHALLENGER LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC, *et al.*,<br><br>    Defendants. | No. 22 Civ. 10313 (LJL) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC, *et al.*,<br><br>    Defendants. | No. 22 Civ. 751 (LJL)<br>No 22 Civ. 10313 (LJL)<br><br>**[PROPOSED] ORDER DISMISSING THE AMENDED COMPLAINT** |

This matter having been opened to the Court by Defendants LabQ Clinical Diagnostics, LLC and Dart Medical Laboratory, Inc. (collectively, "Defendants"), by and through their attorneys, for the entry of an Order dismissing the Amended Complaint with prejudice and granting such other and further relief as the Court deems just and proper, and the Court having read and

considered the papers submitted, and having heard the oral arguments of counsel and/or the parties, if any, and for good cause shown;

**IT IS** on this _____ day of _____ 202__,

**ORDERED** as follows:

1. Defendants' motion to dismiss is granted.

2. The Amended Complaint is hereby dismissed in its entirety with prejudice as to Defendants.

3. A copy of this Order shall be served upon all counsel of record within 7 days.

                                                                                                    HON. LEWIS J. LIMAN, U.S.D.J.