UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RESOLUTE3 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC, *et al.*,<br><br>Defendants. | 22 Civ. 751 (LJL) |
| UNITED STATES OF AMERICA *et al.*, *ex rel.* NJ CHALLENGER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS LLC, *et al.*,<br><br>Defendants. | 22 Civ. 10313 (LJL) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC, *et al.*,<br><br>Defendants. | 22 Civ. 751 (LJL)<br>22 Civ. 10313 (LJL) |

## NOTICE OF MOTION FOR DISCOVERY SANCTIONS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion for Discovery Sanctions, and the Declaration of Danielle J. Marryshow and accompanying exhibit, the Government hereby moves this Court for an Order pursuant to pursuant to Federal Rule of Civil Procedure 37(b)(2) (i) finding Defendants in contempt of this Court's July 30, 2025 and August 6, 2025 orders (Dkt. Nos. 664, 670) requiring the production of

outstanding discovery; (ii) imposing a civil contempt sanction of per diem fines to secure prompt

compliance with these orders; and (iii) imposing the additional sanction of precluding Defendants

from challenging certain facts relevant to the financial discovery not produced.

Dated:  August 22, 2025
          New York, New York

                                          JAY CLAYTON
                                          United States Attorney for the
                                          Southern District of New York

                                  By:   */s/ Danielle J. Marryshow* .
                                          RACHAEL DOUD
                                          LAWRENCE FOGELMAN
                                          CHARLES S. JACOB
                                          MOLLIE KORNREICH
                                          DANIELLE J. MARRYSHOW
                                          Assistant United States Attorneys
                                          86 Chambers Street, 3rd Floor
                                          New York, New York 10007
                                          Tel.: (212) 637-2699/2719/
                                          2728/2725/2689
                                          rachael.doud@usdoj.gov
                                          lawrence.fogelman@usdoj.gov
                                          charles.jacob@usdoj.gov
                                          mollie.kornreich@usdoj.gov
                                          danielle.marryshow@usdoj.gov