

# ZELL & ASSOCIATES
## INTERNATIONAL ADVOCATES LLC
AN AFFILIATE OF FANDZ INTERNATIONAL LAW GROUP
International Attorneys & Notaries

September 5, 2025

**VIA ECF/CM**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States of America v. LabQ Clinical Diagnostics, LLC, et al.*, No. 22 Civ. 10313 (LJL)/No. 22 Civ. 751 (LJL)

Dear Hon. Judge Liman:

We respectfully submit this letter motion on behalf of all the Defendants seeking approval of the sealed filings of Exhibits A through H ("Exhibits") to the Declaration of Esther Wurzberger in support of the Defendants' Motion seeking a Change in Venue and alternatively, Recusal by the Court.

These Exhibits contain personal and confidential information concerning the Court and members of the Court's family.

In accordance with Your Honor's Individual Practices and Attachment A of those Individual Practices, Defendants are contemporaneously filing the Exhibits under seal, together with publicly filed placeholders. The requested sealing is narrowly tailored to protect the confidential information at issue while respecting the presumption of public access to judicial documents.

Respectfully submitted,

**ZELL & ASSOCIATES INTERNATIONAL ADVOCATES LLC**

*/s/ Jeffrey E. Michels*
Jeffrey E. Michels, Esq.
Noam Schreiber, Esq.
1345 6th Avenue 2nd Floor

**New York I Washington, D.C. I Toronto I Moscow I Tallinn**

New York Office: 1345 Ave. of the Americas I New York, NY 10105 I Tel.: (212)–971-1349 I Fax: (212)-253-4030

*Letter to Hon. Lewis J. Liman*
*September 5, 2025*
*Page 2*

New York, New York, 10105
Telephone: (212) 971-1349
jmichels@fandz.com