UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__9/9/2025__
```

-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA et al.,                    :
:
Plaintiffs,          :
:                    22-cv-10313 (LJL)
-v-                         :
:
LABQ CLINICAL DIAGNOSTICS, LLC et al.,              :                         ORDER
:
Defendants.        :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Defendants' request for an adjournment of the hearing currently scheduled for October 7, 2025 is granted.  The hearing is set for October 22, 2025 at 1:30 p.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007.  In addition to the order to show cause for contempt and the motion for discovery sanctions, Parties should be prepared at that time to address the motion for change of venue or, in the alternative, for recusal.

The Government's request for an extension of time to file reply briefs in support of the contempt order to show cause and motion for discovery sanctions is also granted.

Defendants and the Government are further directed to meet and confer to advise the Court what, if any, information should be redacted from public view in the documents currently under seal at Dkt. Nos. 709 and 711.  The parties are requested to provide such advice to the Court no later than September 15, 2025.

SO ORDERED.

Dated: September 9, 2025
New York, New York
_____
LEWIS J. LIMAN
United States District Judge