```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA et al.,                    :
:
Plaintiffs,                                          :
:             22-cv-10313 (LJL)
-v-                                                  :
:
LABQ CLINICAL DIAGNOSTICS, LLC et al.,              :             ORDER
:
Defendants.                                          :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

By order of September 9, 2025, Dkt. No. 716, the Court directed the Government and Defendants to meet and confer regarding what, if any, information should be redacted from public view in the documents currently under seal at Dkt. Nos. 708, 709 and 711. The Government and Defendants have done so. The parties agree that all exhibits for Docket Number 711 should remain under seal. The parties jointly agree to certain redactions in Dkt. Nos. 708 and 709. The Government also suggests additional redactions to which Defendants do not object, while preserving their rights with respect to redactions in the future. Dkt. No. 722.

The Court, adopting the Government's reasoning, orders that redactions be made consistent with those proposed by the Government. As the Court has previously set forth in this case:

> Although the records at issue are judicial documents, the weight of the presumption is not as strong as if they were filed in connection with a motion for summary judgment, to dismiss, or to confirm or vacate an arbitral award, and there are strong countervailing factors in the interests of protecting patient information and '[t]he privacy interests of innocent third parties.' (quoting *United States v. Amodeo*, 71 F.3d 1044, 1050–51 (2d Cir. 1995) (also citing *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006)).

Dkt. No. 194.

Consistent with the Government's proposal, Dkt. No. 711 and all of its attachments shall remain under seal in their entirety. Dkt. No. 708 and 709 shall be sealed from public view, and Defendants shall file on the docket, no later than September 18, 2025, versions of each of the two documents with black-box redactions applied consistent with those proposed by the Government at Dkt. No. 723-1. This order is without prejudice to the rights of any party to seek unsealing in the future.

SO ORDERED.

Dated: September 16, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge