

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 26, 2025

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:   *United States of America v. LabQ Clinical Diagnostics, LLC, et al.*
              No. 22 Civ. 751 (LJL), No. 22 Civ. 10313 (LJL)

Dear Judge Liman:

     This Office represents the United States of America in this False Claims Act case. Today we are submitting the Government's reply brief in support of the Government's motion for an order to show cause why Defendants should not be held in civil contempt for violating (i) the Stipulation and Order entered by the Court on August 2, 2024, and (ii) the Stipulation and Order addressing the subordination of the Government's writs of attachment in order to pay attorney's fees (Dkt 677-680), along with declarations and exhibits in support of the brief.

     With regard to the Government's separate motion for discovery sanctions against Defendants for their failure to produce merits and financial discovery as required by this Court's July 30, 2025 and August 6, 2025 orders (Dkt 700) (the "Sanctions Motion"), the Government is withdrawing the Sanctions Motion without prejudice in light of Defendants' representations that they have now produced all financial and merits discovery that was due on or before September 2, 2025.[1]

---

[1] On September 2, 2025, Defendants made a production 3,714 pages of financial discovery, 4,882 pages of merits discovery, and 722 pages of claims related data, and represented that they have completed their discovery that was past due (with exceptions of certain documents noted in a declaration provided by Moshe Landau). The Government is continuing to review these productions, and reserves its right to file a new motion if needed.

We thank the Court for its consideration of these matters.

                                Respectfully submitted,

                                JAY CLAYTON
                                United States Attorney for the
                                Southern District of New York

                   By: */s/ Lawrence H. Fogelman*
                        RACHAEL DOUD
                        LAWRENCE H. FOGELMAN
                        CHARLES S. JACOB
                        MOLLIE KORNREICH
                        DANIELLE J. MARRYSHOW
                        Assistant United States Attorneys
                        86 Chambers Street, 3rd Floor
                        New York, NY 10007
                        Telephone: (212) 637-2725
                        Email:  rachael.doud@usdoj.gov
                                    lawrence.fogelman@usdoj.gov
                                    charles.jacob@usdoj.gov
                                    mollie.kornreich@usdoj.gov
                                    danielle.marryshow@usdoj.gov

cc: Counsel of Record (by ECF)