

# ZELL & ASSOCIATES
## INTERNATIONAL ADVOCATES LLC
AN AFFILIATE OF FANDZ INTERNATIONAL LAW GROUP
International Attorneys & Notaries

October 19, 2025

<u>VIA ECF/CM</u>
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States of America v. LabQ Clinical Diagnostics, LLC, et al.*, No. 22 Civ. 10313 (LJL)/No. 22 Civ. 751 (LJL)

Dear Judge Liman:

Further to Defendants filing under sealing of their Reply Memorandum of Law ("<u>MOL</u>") in support of Defendants' Motion to Change Venue and in the alternative Recusal by the Court (Dkts 744), Defendants now hereby file their redacted MOL, based upon proposed redaction from both Plaintiff and Defendants.

While Defendants disagree with certain of Plaintiff's proposed redactions to the MOL, however, for the purposes of this motion only, Defendants consent to applying Plaintiff's redactions to the MOL without waiving Defendants' rights as to redactions in any future submissions.

Respectfully submitted,

**ZELL & ASSOCIATES INTERNATIONAL ADVOCATES LLC**

*/s/ Jeffrey E. Michels*
Jeffrey E. Michels, Esq.
Noam Schreiber, Esq.
1345 6th Avenue 2nd Floor
New York, New York, 10105
Telephone: (212) 971-1349
jmichels@fandz.com