SAN FRANCISCO
LOS ANGELES
SEATTLE

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP
SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000
FACSIMILE (650) 697-0577
www.cpmlegal.com

October 20, 2025

<u>VIA ECF</u>
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States of America v. LabQ Clinical Diagnostics, LLC, et al.*
               No. 22 Civ. 751 (LJL), No. 22 Civ. 10313 (LJL)

Dear Judge Liman:

I am one of the attorneys representing relator Resolute 3 LLC in Case No. 22 Civ. 751 (LJL). I am writing to respectfully request to appear by telephone at the hearing scheduled for October 22, 2025. I make this request to reduce the costs of attending in-person as I work in Burlingame, California. Because the government has intervened in the consolidated action, the government has "the primary responsibility for prosecuting this action." 31 U.S.C. § 3730(c)(1). Relator such as Resolute 3 LLC "shall have the right to continue as a party to the action," *id.*, and accordingly requests to attend telephonically.

The government and defendants have consented to this request.

Thank you for your consideration.

                                      Respectfully submitted,

                                      By: */s/ Grace Y. Park*
                                      NIALL P. McCARTHY
                                      GRACE Y. PARK
                                      KEVIN J. BOUTIN
                                      ZACHARY ZAHAROFF
                                      **COTCHETT PITRE & MCCARTHY, LLP**
                                        840 Malcolm Road, Suite 200
                                        Burlingame, CA 94010
                                        Telephone: (650) 697-6000
                                        Facsimile: (650) 697-0577
                                        gpark@cpmlegal.com