

# ZELL & ASSOCIATES
## INTERNATIONAL ADVOCATES LLC
AN AFFILIATE OF FANDZ INTERNATIONAL LAW GROUP
International Attorneys & Notaries

November 14, 2025

**VIA ECF/CM**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States of America v. LabQ Clinical Diagnostics, LLC, et al.*, No. 22 Civ. 10313 (LJL)

Dear Hon. Judge Liman:

We submit this letter on behalf of Defendants LabQ Clinical Diagnostics LLC, Community Mobile Testing, Inc., Dart Medical Laboratory, Inc. and Moshe Landau (collectively, the "LabQ Defendants").

The LabQ Defendants categorically deny the Government's characterizations in its November 13, 2025 submission (Dkt. 775) concerning the financial capabilities of the LabQ Defendants, and will respond in detail with supporting documentation as part of its reply to the Government's response to the LabQ Defendants' Letter Motion (Dkt 774).

In relation to the Government's Second Set of Interrogatories and Request for Production of Documents, the LabQ Defendants are working to produce responses by Tuesday or Wednesday which will be limited, and will require subsequent supplementation due to the LabQ Defendants' inability to access their servers and Relativity database, as detailed in their Letter Motion (Dkt. 774, pg. 4).

**New York I Washington, D.C. I Toronto I Moscow I Tallinn**

New York Office: 1345 Ave. of the Americas I New York, NY 10105 I Tel.: (212)–971-1349 I Fax: (212)-253-4030 I

*Letter Motion*
*November 14, 2025*
*Page 2*

Respectfully submitted,


Date: November 14, 2025


*/s/ Jeffrey E. Michels*
Jeffrey E. Michels, Esq.
ZELL & ASSOCIATES INTERNATIONAL
ADVOCATES, LLC
1345 6th Avenue 2nd Floor
New York, New York, 10105
Telephone: (212) 971-1349
jmichels@fandz.com


| | |
|---|---|
| L. Marc Zell | Noam Schreiber |
| *Of Counsel* | *Of Counsel* |
| ZELL & ASSOCIATES INTERNATIONAL ADVOCATES, LLC | ZELL & ASSOCIATES INTERNATIONAL ADVOCATES, LLC |
| 800 Connecticut Ave., N.W. | 800 Connecticut Ave., N.W. |
| Suite 300 | Suite 300 |
| Washington, D.C. 20006 | Washington, D.C. 20006 |
| Email: mzell@fandz.com | Email: noam.schreiber@fandz.com |


cc: Counsel of Record (by ECF)