

# ZELL & ASSOCIATES
## INTERNATIONAL ADVOCATES LLC
AN AFFILIATE OF FANDZ INTERNATIONAL LAW GROUP
International Attorneys & Notaries

November 16, 2025

**VIA ECF/CM**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States of America v. LabQ Clinical Diagnostics, LLC, et al.*,
No. 22 Civ. 10313 (LJL)

Dear Hon. Judge Liman:

We represent the Defendants and certain Transferee Defendants in this action. We respectfully submit this letter motion requesting permission to remove all redactions from Defendants' motion papers seeking a change of venue/recusal, including the motion, memorandum of law and declaration of Esther Wurzberger (Dkts. 728, 729 and 729-1), and the reply memorandum of law (Dkts. 759, 759-1 and 759-2) (collectively, the "Motion Papers"), and to refile the unredacted Motion Papers on the public docket

The original unredacted Motion Papers were filed under seal (Dkts. 708, 709, 709-1, 744, 744-1 and 744-2). Defendants are not seeking to unseal the exhibits to the Wurzberger declaration (Dkts. 711-1 through 711-8).

In light of the public disclosures made both during the public hearing on October 22, 2025 as contained in the transcript on Defendants' change of venue/recusal motion, and the Court's unredacted Opinion and Order on the motion filed on the public docket (Dkt. 773), there is no reason that the Motion Papers should remain redacted on the public docket,

The Defendants provided the Government with the highlighted redactions to the Motion Papers and asked if they have any objections to any of the redactions being removed from the Motion Papers for a public filing. The Government responded:

**New York** I **Washington, D.C.** I **Toronto** I **Moscow** I **Tallinn**

New York Office: 1345 Ave. of the Americas I New York, NY
10105 I  Tel.: (212)–971-1349 I Fax: (212)-253-4030

*Letter to Hon. Lewis J. Liman*
*November 16, 2025*
*Page 2*

"The Government takes no position on whether redactions should be removed from the motion papers identified in your email."

Defendants are filing with this letter motion the highlighted redactions to the Motions Papers under seal for the Court's review, which were previously provided to the Government.

Further to their letters to this Court (Dkts. 767, 771), Defendants are also seeking approval to publicly file Defendants' Chart concerning the Court's Family Members filed under seal (Dkt. 768), redacting only the names of Judge Liman's wife, daughter and brother.

Respectfully submitted,

**ZELL & ASSOCIATES INTERNATIONAL ADVOCATES LLC**

*/s/ Jeffrey E. Michels*
Jeffrey E. Michels, Esq.
Noam Schreiber, Esq.
1345 6th Avenue 2nd Floor
New York, New York, 10105
Telephone: (212) 971-1349
jmichels@fandz.com