THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
UNITED STATES OF AMERICA
*et al.*,

                                      *Plaintiffs*,    22-cv-10313 (LJL)

*v.*

LABQ CLINICAL DIAGNOSTICS,
LLC *et al.*,

                                      *Defendants*.
-------------------------------------------------x

Noam Schreiber
ZELL & ASSOCIATES INTERNATIONAL
ADVOCATES, LLC
800 Connecticut Ave., N.W.
Suite 300
Washington, D.C. 20006
Email: noam.schreiber@fandz.com

| | |
|---|---|
| Jeffrey E. Michels, Esq. | L. Marc Zell, *of Counsel* |
| ZELL & ASSOCIATES INTERNATIONAL ADVOCATES, LLC | ZELL & ASSOCIATES INTERNATIONAL ADVOCATES, LLC |
| 1345 6th Avenue 2nd Floor | 800 Connecticut Ave., N.W. |
| New York, New York, 10105 | Suite 300 |
| Telephone: (212) 971-1349 | Washington, D.C. 20006 |
| Email: jmichels@fandz.com | Email: mzell@fandz.com |

**DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD BY THE GOVERNMENT**

       Defendants LabQ Clinical Diagnostics, LLC ("LabQ"), Community Mobile Testing, Inc. ("CMT"), Dart Medical Laboratory, Inc. ("Dart Medical"), and Moshe Landau (collectively, the "Defendants"), respectfully move this Court under Federal Rules of Civil Procedure 26, 34, and 37 to compel the United States to

1

produce documents that have been improperly withheld in response to Defendants' September 30, 2024 Requests for Production.[1]

As set forth in Defendants' accompanying Memorandum of Law, the Government has refused to produce core documents that go to the heart of the issues of falsity, scienter, materiality, government knowledge, and the actual operation of the COVID-19 Uninsured Program ("UIP"). These include:

1. The complete repository of documents underlying the July 13, 2023 HHS-OIG audit of the UIP;

2. Audit work papers concerning reviews of Defendants' claims and Optum's post-payment reviews conducted at HRSA's direction;

3. Communications and reporting materials exchanged between HRSA/HHS/OIG and Optum/UHSI/UnitedHealth concerning UIP administration;

4. Comparative provider-level UIP data and program-wide performance materials;

---

[1] Defendants do not waive—and expressly preserve—any additional discovery objections, rights, or deficiencies not raised in this motion. Given the extraordinary financial restraints imposed by the Government's writs and garnishments, Defendants and their counsel have been materially hindered in their ability to review the Government's productions in real time. As reflected in Dkt. 774, the LabQ Defendants' e-discovery vendor, Complete Discovery Source ("CDS"), has discontinued Defendants' access to the Relativity database in this action pending payment of approximately $200,000 in outstanding hosting fees. This loss of database access has further impaired Defendants' ability to analyze the Government's productions and assess compliance with the Government's discovery obligations. Accordingly, Defendants are presently unable to determine whether additional deficiencies exist and are diligently attempting to evaluate the Government's productions to the extent resources permit. Defendants therefore reserve the right to raise any further issues promptly upon identification.

5. All documents reflecting HRSA's policies, guidance, interpretations, and communications regarding UIP eligibility, "best efforts," and insurance-verification requirements; and

6. A complete privilege log complying with Rule 26(b)(5) for any documents withheld or redacted.

These materials are unquestionably relevant and proportional to the needs of this high-stakes FCA litigation, and the Government's proposal to substitute a "file-name list" for actual production is incompatible with the Federal Rules.

For the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request that the Court grant this Motion and order the Government to produce the above-described materials in full, together with such other and further relief as the Court deems just and proper.

Dated: November 18, 2025

Respectfully submitted,

/s/ *Noam Schreiber*
_____
Noam Schreiber
ZELL & ASSOCIATES INTERNATIONAL
ADVOCATES, LLC
800 Connecticut Ave., N.W.
Suite 300
Washington, D.C. 20006
Email: noam.schreiber@fandz.com

| | |
|---|---|
| Jeffrey E. Michels, Esq.<br>ZELL & ASSOCIATES INTERNATIONAL<br>ADVOCATES, LLC<br>1345 6th Avenue 2nd Floor<br>New York, New York, 10105<br>Telephone: (212) 971-1349<br>jmichels@fandz.com | L. Marc Zell, *of Counsel*<br>ZELL & ASSOCIATES INTERNATIONAL<br>ADVOCATES, LLC<br>800 Connecticut Ave., N.W.<br>Suite 300<br>Washington, D.C. 20006<br>Email: mzell@fandz.com |

cc: Counsel of Record (by ECF)