

# ZELL & ASSOCIATES
## INTERNATIONAL ADVOCATES LLC
AN AFFILIATE OF FANDZ INTERNATIONAL LAW GROUP
International Attorneys & Notaries

November 18, 2025

**VIA ECF/CM**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. LabQ Clinical Diagnostics, LLC*,
No. 22-cv-10313 (LJL) & No. 22-cv-751 (LJL) —

**Notice of Filing of Petition for Writ of Mandamus**

Dear Judge Liman:

      Pursuant to Federal Rule of Appellate Procedure 21(a)(1), we write to inform the Court that contemporaneously with the submission of this letter, Petitioners are filing in the United States Court of Appeals for the Second Circuit a Petition for a Writ of Mandamus seeking review of the Court's November 10, 2025 Opinion and Order denying the motion for recusal (Dkt. 773). In accordance with Rule 21(a)(1), a copy of the Petition is attached to this letter.

Respectfully submitted,

/s/ Noam Schreiber
_____
Noam Schreiber
ZELL & ASSOCIATES INTERNATIONAL
ADVOCATES, LLC
800 Connecticut Ave., N.W.
Suite 300

**New York** I **Washington, D.C.** I **Toronto** I **Moscow** I **Tallinn**

New York Office : 1345 Ave. of the Americas I New York, NY 10105 I Tel.: (212)–971-1349 I Fax: (212)-253-4030 I

Washington, D.C. 20006
Email: noam.schreiber@fandz.com

L. Marc Zell
*Of Counsel*
ZELL & ASSOCIATES INTERNATIONAL
ADVOCATES, LLC
800 Connecticut Ave., N.W.
Suite 300
Washington, D.C. 20006
Email: mzell@fandz.com

Jeffrey E. Michels, Esq.
ZELL & ASSOCIATES INTERNATIONAL
ADVOCATES, LLC
1345 6th Avenue 2nd Floor
New York, New York, 10105
Telephone: (212) 971-1349
Email: jmichels@fandz.com