

# ZELL & ASSOCIATES
## INTERNATIONAL ADVOCATES LLC
AN AFFILIATE OF FANDZ INTERNATIONAL LAW GROUP
International Attorneys & Notaries

November 25, 2025

**VIA ECF/CM**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States of America v. LabQ Clinical Diagnostics, LLC, et al.*,
No. 22 Civ. 10313 (LJL)

Dear Hon. Judge Liman:

We represent the Defendants and certain Transferee Defendants in this action.

In its Order dated November 19, 2025 (Dkt. 796), the Court directed that "Dkt. Nos 709, 709-1 and 764 be filed with addresses redacted, and with all other redactions removed."

In our letter motion to the Court dated November 16, 2025 (Dkt. 784), the Defendants stated that as part of their request to file unredacted documents, the Defendants would redact only the names of your Honor's wife, daughter and brother.

Defendants intend to file on the public docket Dkt. Nos 709, 709-1 and 764, with addresses redacted. Defendants seek clarification as to whether Dkt. 764 should be filed with or without redactions to the names of your Honor's wife, daughter and brother.

Respectfully submitted,

**ZELL & ASSOCIATES INTERNATIONAL ADVOCATES LLC**

*Letter to Hon. Lewis J. Liman*
*November 25, 2025*
*Page 2*

  <u>*/s/ Jeffrey E. Michels*</u>
  Jeffrey E. Michels, Esq.
  ZELL & ASSOCIATES INTERNATIONAL
  ADVOCATES, LLC
  1345 6th Avenue 2nd Floor
  New York, New York, 10105
  Telephone: (212) 971-1349
  jmichels@fandz.com


Noam Schreiber
*Of Counsel*
ZELL & ASSOCIATES INTERNATIONAL
ADVOCATES, LLC
800 Connecticut Ave., N.W.
Suite 300
Washington, D.C. 20006
Email: noam.schreiber@fandz.com

L. Marc Zell
*Of Counsel*
ZELL & ASSOCIATES INTERNATIONAL
ADVOCATES, LLC
800 Connecticut Ave., N.W.
Suite 300
Washington, D.C. 20006
Email: mzell@fandz.com