

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 28, 2025

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States of America v. LabQ Clinical Diagnostics, LLC, et al.*
    No. 22 Civ. 751 (LJL), No. 22 Civ. 10313 (LJL)

Dear Judge Liman:

  This Office represents the United States of America in this False Claims Act case. We write respectfully regarding Defendants LabQ Clinical Diagnostics, LLC, Dart Medical Laboratory, Inc., Community Mobile Testing, Inc., and Moshe Landau's (the "FCA Defendants") motion to compel the production of certain discovery (the "Motion to Compel"), Dkt. No. 788.

  The Government writes to alert the Court that the parties are currently scheduled to meet and confer on the issues raised in the Motion to Compel on December 1, 2025. As the Government explained in its letter response to the FCA Defendants' Motion to Compel, *see* Dkt. No. 799, and for the reasons set forth herein, the Court should deny the Motion to Compel without prejudice, which will allow the FCA Defendants to renew their motion, in a manner consistent with the Court's rules, if the parties are unable to resolve their dispute through the meet-and-confer process. The Government respectfully submits that this approach is the most efficient means for adjudicating the pending 22-page Motion to Compel, because many of the issues raised therein have been mooted the Government's November 24, 2025 document production, and the remaining issues raised in the Motion to Compel may be further narrowed through the upcoming meet-and-confer session.

  To the extent that any discovery disputes remain following the December 1 meet-and-confer session, the FCA Defendants should be required to file a letter-motion of three pages or less, as required by Rule 4.C of this Court's individual practices and, if necessary, the Government will respond in accordance with Rule 4.C. The Government submits that this approach is more efficient and will conserve both judicial and Government resources. It spares the Government from briefing—and the Court from adjudicating—an outdated, overlength Motion to Compel that may be entirely mooted by the Government's recent document production and the upcoming meet-and-confer.

  However, if the Court does not require the FCA Defendants to re-file their motion in accordance with Rule 4.C of this Court's Individual Practices following Monday's meet-and-

confer session, the Government respectfully requests leave to file an opposition on the merits to the Motion to Compel by December 15, 2025. The FCA Defendants consent to this proposed deadline for the Government's response.

The Government thanks the Court for its consideration of this matter.

>Respectfully submitted,
>
>JAY CLAYTON
>United States Attorney for the
>Southern District of New York
>
>By: */s/ Danielle J. Marryshow*
>RACHAEL DOUD
>LAWRENCE H. FOGELMAN
>CHARLES S. JACOB
>MOLLIE KORNREICH
>DANIELLE J. MARRYSHOW
>Assistant United States Attorneys
>86 Chambers Street, 3rd Floor
>New York, NY 10007
>Telephone: (212) 637-2725
>Email: rachael.doud@usdoj.gov
>     lawrence.fogelman@usdoj.gov
>     charles.jacob@usdoj.gov
>     mollie.kornreich@usdoj.gov
>     danielle.marryshow@usdoj.gov

cc: Counsel of Record (by ECF)