

# ZELL & ASSOCIATES
## INTERNATIONAL ADVOCATES LLC
AN AFFILIATE OF FANDZ INTERNATIONAL LAW GROUP
International Attorneys & Notaries

December 1, 2025

**VIA ECF/CM**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States of America v. LabQ Clinical Diagnostics, LLC, et al.*,
                  No. 22 Civ. 10313 (LJL)

Dear Hon. Judge Liman:

    We represent the Defendants and certain Transferee Defendants in this action.

    Pursuant to the Court's Orders (Dkts. 796 and 809), Defendants are re-filing with this letter Dkt. Nos 709, 709-1 and 764 with limited redactions including addresses of Lab-Q mobile testing locations, and the first names of your Honor's wife, daughter and brother.

Respectfully submitted,

**ZELL & ASSOCIATES INTERNATIONAL ADVOCATES LLC**

*/s/ Jeffrey E. Michels*
Jeffrey E. Michels, Esq.
ZELL & ASSOCIATES INTERNATIONAL
ADVOCATES, LLC
1345 6th Avenue 2nd Floor
New York, New York, 10105
Telephone: (212) 971-1349
jmichels@fandz.com

**New York** I **Washington, D.C.** I **Toronto** I **Moscow** I **Tallinn**

New York Office: 1345 Ave. of the Americas I New York, NY 10105 I Tel.: (212)–971-1349 I Fax: (212)-253-4030

*Letter to Hon. Lewis J. Liman*
*December 1, 2025*
*Page 2*

Noam Schreiber
*Of Counsel*
ZELL & ASSOCIATES INTERNATIONAL
ADVOCATES, LLC
800 Connecticut Ave., N.W.
Suite 300
Washington, D.C. 20006
Email: noam.schreiber@fandz.com

L. Marc Zell
*Of Counsel*
ZELL & ASSOCIATES INTERNATIONAL
ADVOCATES, LLC
800 Connecticut Ave., N.W.
Suite 300
Washington, D.C. 20006
Email: mzell@fandz.com