```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA et al.,                :
:
Plaintiffs,              :
:  22-cv-10313 (LJL)
-v-                       :  22-cv-00751 (LJL)
:
LABQ CLINICAL DIAGNOSTICS, LLC et al.,          :    ORDER
:
Defendants.              :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This order clarifies the Court's November 26, 2025 Memorandum and Order. Dkt. No. 811. In the Memorandum and Order, the Court stated that it would not take any judicial action until December 3, 2025, to allow Defendants, if they wished, to seek review of the Court's order. The Court clarifies that it will not address any disputed motions until December 3, 2025.

The Government's request at Dkt. No. 812 for an extension of time to respond to Defendants' motion to compel is undisputed. Accordingly, it is GRANTED. The Government shall respond to Defendants' motion to compel by December 15, 2025.

SO ORDERED.

Dated: December 1, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge