# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of December, two thousand twenty-five.

Before:    Raymond J. Lohier, Jr.,
           *Circuit Judge.*

---

In Re: LabQ Clinical Diagnostics, LLC, Community Mobile Testing, Inc., Dart Medical Laboratory, Inc., DBA LabQ Diagnostics, Moshe Landau,

    Petitioners.

**ORDER**

Docket No. 25-2941

-----------------------------------------------------

LabQ Clinical Diagnostics, LLC, Community Mobile Testing, Inc., Dart Medical Laboratory, Inc., DBA LabQ Diagnostics, Moshe Landau,

    Petitioners,

v.

United States of America, ex rel. NJ Challenger LLC,

    Respondent.

---

Petitioners move to stay district court proceedings pending disposition of their petition for a writ of mandamus. The Government opposes the motion.

IT IS HEREBY ORDERED that, to the extent Petitioners request an administrative stay pending review by a three-Judge panel, the motion is GRANTED. The motion is REFERRED to the next available motions panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/15/2025