

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*86 Chambers Street
New York, New York 10007*

December 16, 2025

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States of America v. LabQ Clinical Diagnostics, LLC, et al.*
             No. 22 Civ. 751 (LJL), No. 22 Civ. 10313 (LJL)

Dear Judge Liman:

      This Office represents the United States of America in this False Claims Act case. We write respectfully in response to the Court's order requiring notification of whether the parties request that "testimony be presented at the hearing [on Defendants' motion for relief from writs] or whether they are content for the Court to decide the motion on the papers." Dkt. 816. The parties do not seek to present testimony. With respect to potential oral argument, the Government takes no position and defers to the Court's discretion as to whether oral argument would be helpful or if the Court would prefer to decide the motion on the papers alone. Defendants' position is that no hearing is necessary and that the motion may be decided on the papers. Further, pursuant to the Court's order, the parties understand that the hearing scheduled for December 22, 2025, will not go forward in light of the administrative stay imposed yesterday by the Second Circuit, *see* Dkt. No. 821, *In Re: LabQ Clinical Diagnostics, LLC*, Case No. 25-2941 (2d Cir.) (Motion Order Dec. 15, 2025), and do not intend to appear on that date unless otherwise instructed by the Court.

      We thank the Court for its consideration of this letter.

                                      Respectfully submitted,

                                      JAY CLAYTON
                                      United States Attorney for the
                                      Southern District of New York

                          By:  <u>/s/ Lawrence H. Fogelman</u>
                                RACHAEL DOUD
                                LAWRENCE H. FOGELMAN
                                CHARLES S. JACOB
                                MOLLIE KORNREICH
                                DANIELLE J. MARRYSHOW
                                Assistant United States Attorneys

                                         86 Chambers Street, 3rd Floor  
                                         New York, NY 10007  
                                         Telephone: (212) 637-2725  
                                         Email: rachael.doud@usdoj.gov  
                                                    lawrence.fogelman@usdoj.gov  
                                                         charles.jacob@usdoj.gov  
                                                     mollie.kornreich@usdoj.gov  
                                                   danielle.marryshow@usdoj.gov

cc: Counsel of Record (by ECF)