

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

January 23, 2026

**BY ECF**

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States of America v. LabQ Clinical Diagnostics, LLC, et al*.
              No. 22 Civ. 751 (LJL), No. 22 Civ. 10313 (LJL)

Dear Judge Liman:

    This Office represents the United States of America in this False Claims Act case. We write respectfully in response to the Court's order requesting that the parties notify the Court "whether they request that testimony be presented at the hearing [on Defendant's motion for relief from writs] and, if so, whom they propose be called as a witness, or whether they are content for the Court to decide the motion on the papers." Dkt. No. 833. The parties do not seek to present testimony. With respect to potential oral argument, the Government takes no position and defers to the Court's discretion as to whether regarding oral argument would be helpful or if the Court would prefer to decide the motion on the papers alone. Defendants' position is that no hearing is necessary and that the motion may be decided on the papers alone.

    We thank the Court for its consideration of this letter.

                                Respectfully submitted,

                                JAY CLAYTON
                                United States Attorney for the
                                Southern District of New York

                 By: /s/ Charles S. Jacob
                      RACHAEL DOUD
                      LAWRENCE H. FOGELMAN
                      CHARLES S. JACOB
                      MOLLIE KORNREICH
                      DANIELLE J. MARRYSHOW
                      Assistant United States Attorneys
                      86 Chambers Street, 3rd Floor
                      New York, NY 10007
                      Telephone: (212) 637-2725

Email: rachael.doud@usdoj.gov
lawrence.fogelman@usdoj.gov
charles.jacob@usdoj.gov
mollie.kornreich@usdoj.gov
danielle.marryshow@usdoj.gov

cc: Counsel of Record (by ECF)