

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

January 28, 2026

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States of America v. LabQ Clinical Diagnostics, LLC, et al.*
              No. 22 Civ. 751 (LJL), No. 22 Civ. 10313 (LJL)

Dear Judge Liman:

      This Office represents the United States of America (the "Government") in this False Claims Act case. We write respectfully, and jointly with Defendants, to request a 31-day extension of time, from January 30, 2026, to March 2, 2026, for the Government and FCA Defendants to produce privilege logs and any remaining documents determined not to be privileged after a final privilege review, for the reasons explained below.

      In November 2025, the Government produced hundreds of thousands of pages of responsive documents to the FCA Defendants, but withheld a limited number of potentially privileged documents for final privilege review. The Government believes that some of these documents may be subject to the deliberative process privilege, and the final privilege review for these documents requires extensive consultation with the relevant components of the Department of Health and Human Services. That review process and the related process of producing a final privilege log are ongoing. Meanwhile, earlier this month, the FCA Defendants produced a substantial number of documents to the Government, but withheld tens of thousands of additional documents that they determined were potentially privileged. The parties are meeting and conferring regarding a review process for the FCA Defendants' withheld materials. Accordingly, the FCA Defendants and Government both require an additional 31 days to complete their review of potentially privileged documents, produce any documents that are not deemed privileged after this review, and produce a privilege log.

      This is the fourth request for an extension of this deadline, and the prior requests were granted. *See* ECF Nos. 742, 766, 820. No other dates in the schedule will be impacted by this change.

      We thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Danielle J. Marryshow*
    RACHAEL DOUD
    LAWRENCE H. FOGELMAN
    CHARLES S. JACOB
    MOLLIE KORNREICH
    DANIELLE J. MARRYSHOW
    Assistant United States Attorneys
    86 Chambers Street, 3rd Floor
    New York, NY 10007
    Telephone: (212) 637-2725
    Email:  rachael.doud@usdoj.gov
          lawrence.fogelman@usdoj.gov
          charles.jacob@usdoj.gov
          mollie.kornreich@usdoj.gov
          danielle.marryshow@usdoj.gov

cc: Counsel of Record (by ECF)