

# ZELL & ASSOCIATES
## INTERNATIONAL ADVOCATES LLC
### AN AFFILIATE OF FANDZ INTERNATIONAL LAW GROUP
International Attorneys & Notaries

March 7, 2026

**VIA ECF/CM**

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The motion is granted in part and denied in part. Defendants shall publicly file the letter at Dkt. No. 862 with dates of birth and addresses (but not States) redacted.

March 10, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:     *United States v. LabQ Clinical Diagnostics, LLC*,
        No. 22-cv-10313 (LJL)

Dear Judge Liman:

Defendants respectfully move for permission to file under seal a letter submitted contemporaneously with this motion (the "Illustrative Examples Letter"). This request is made pursuant to Section 2(H) of the Court's Individual Practices and the procedures set forth in Attachment A.

The letter contains patient-level information drawn from the datasets produced in this litigation, including patient names, dates of birth, and address information. The underlying data constitutes protected health information ("PHI") and therefore cannot be filed publicly without risking disclosure of sensitive personal medical information.

The purpose of the submission is to provide the Court with several illustrative examples demonstrating how the Government's matching methodology operates in practice. Because those examples necessarily rely on patient-level identifiers, meaningful explanation requires reference to information that cannot be disclosed on the public docket.

Defendants have narrowly tailored this request to protect only sensitive patient information. The accompanying submission is therefore filed under seal due to the presence of patient identifiers and related health information. Public disclosure of such information would serve no public interest and would risk revealing private medical data of non-parties.

# New York I Washington, D.C. I Toronto I Moscow I Tallinn

New York Office : 1345 Ave. of the Americas I New York, NY
10105 I Tel.: (212)–971-1349 I Fax: (212)-25 3-4030 I

Accordingly, Defendants respectfully request leave to file the Illustrative Examples Letter under seal.

Respectfully submitted,

/s/ *Noam Schreiber*

_____

Noam Schreiber
ZELL & ASSOCIATES INTERNATIONAL
ADVOCATES, LLC
800 Connecticut Ave., N.W.
Suite 300
Washington, D.C. 20006
Email*:* noam.schreiber@fandz.com

| | |
|---|---|
| L. Marc Zell | Jeffrey E. Michels, Esq. |
| *Of Counsel* | ZELL & ASSOCIATES INTERNATIONAL |
| ZELL & ASSOCIATES INTERNATIONAL | ADVOCATES, LLC |
| ADVOCATES, LLC | 1345 6th Avenue 2nd Floor |
| 800 Connecticut Ave., N.W. | New York, New York, 10105 |
| Suite 300 | Telephone: (212) 971-1349 |
| Washington, D.C. 20006 | Email: jmichels@fandz.com |
| Email: mzell@fandz.com | |