UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
UNITED STATES OF AMERICA
*et al.*,

*Plaintiffs*, 22-cv-10313 (LJL)

*v.*

LABQ CLINICAL DIAGNOSTICS,
LLC *et al.*,

*Defendants*.
---------------------------------------------------x

**NOTICE OF MOTION TO DISMISS RELATOR NJ CHALLENGER LLC'S REMAINING CLAIMS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all prior pleadings and proceedings, Defendants LabQ Clinical Diagnostics, LLC, Community Mobile Testing, Inc., Dart Medical Laboratory, Inc., and Moshe Landau, by and through their undersigned counsel, will move this Court, before the Honorable Lewis J. Liman, United States District Judge, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the claims asserted by Relator NJ Challenger, LLC as barred by the first-to-file rule, 31 U.S.C. § 3730(b)(5), together with such other and further relief as the Court deems just and proper.

Date: August 7, 2026

Respectfully submitted,

*/s/ Noam Schreiber*

Noam Schreiber
ZELL & ASSOCIATES INTERNATIONAL ADVOCATES, LLC
800 Connecticut Ave., N.W.
Suite 300
Washington, D.C. 20006
Email: noam.schreiber@fandz.com

L. Marc Zell
*Of Counsel*
ZELL & ASSOCIATES INTERNATIONAL ADVOCATES, LLC
800 Connecticut Ave., N.W.
Suite 300
Washington, D.C. 20006
Email: mzell@fandz.com

Jeffrey E. Michels, Esq.
ZELL & ASSOCIATES INTERNATIONAL ADVOCATES, LLC
1345 6th Avenue 2nd Floor
New York, New York, 10105
Telephone: (212) 971-1349
Email: jmichels@fandz.com